UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL MINOR,

Plaintiff,

v.

STURGIS HOSPITAL, INC.,

Defendant.

______________________________/

Case No. 1:25-cv-1233

HON. ROBERT J. JONKER

**JUDGMENT**

In accordance with the Opinion and Order granting Defendant's Motion to Dismiss entered this day, Judgment is entered in favor of Defendant and against Plaintiff, dismissing this action for lack of subject-matter jurisdiction.

Dated: May 26, 2026

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE.